# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| PWE Consultants | ) ASBCA Nos. 63892-ADR, 63893-ADR |
| | ) |
| Under Contract No. 47QRAA-22-D-00CK | ) |

APPEARANCE FOR THE APPELLANT: Ms. Khaleen Monaro
President

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Milena A. Angelova, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: August 6, 2024

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63892-ADR, 63893-ADR, Appeals of PWE Consultants, rendered in conformance with the Board's Charter.

Dated: August 6, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals